IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLGER FIALLO,<br><br>    Plaintiff,<br><br> v.<br><br>WRIGLEYVILLE SPORTS, INC.<br><br>    Defendant. | Case No. 1:23-cv-01561 |

## NOTICE OF SETTLEMENT

Plaintiff Holger Fiallo, through his undersigned counsel, hereby advises this Honorable Court that he has reached an agreement in principle with Defendant Wrigleyville Sports, Inc. The parties are finalizing the settlement agreement and expect to file a dismissal within thirty days.

Dated: June 30, 2023    Respectfully Submitted,

                */s/ Benjamin J. Sweet*
                Benjamin J. Sweet
                **Nye, Stirling, Hale, Miller & Sweet, LLP**
                1145 Bower Hill Road, Suite 104
                Pittsburgh, PA 15243
                Phone: 412-857-5350
                ben@nshmlaw.com

                *Attorneys for Plaintiff Holger Fiallo*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 30th day of June, 2023.

                                            */s/ Benjamin J. Sweet*
                                              Benjamin J. Sweet