IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLGER FIALLO,<br><br>    Plaintiff,<br><br> v.<br><br>WRIGLEYVILLE SPORTS, INC.<br><br>    Defendant. | Case No. 1:23-cv-01561 |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Holger Fiallo filed the above-referenced case against Defendant Wrigleyville Sports, Inc. on March 13, 2023.

2. Whereas Defendant has not yet answered Plaintiff's Complaint, and thus dismissal is appropriate without Court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses his Complaint with prejudice.

Dated: August 2, 2023    Respectfully Submitted,

                     */s/ Benjamin J. Sweet*
                     Benjamin J. Sweet
                     **NYE, STIRLING, HALE, MILLER & SWEET, LLP**
                     1145 Bower Hill Road, Suite 104
                     Pittsburgh, PA 15243
                     Phone: 412-857-5350
                     ben@nshmlaw.com

                     *Attorneys for Plaintiff Holger Fiallo*

## CERTIFICATE OF SERVICE

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 2nd day of August, 2023.

                                                                  */s/ Benjamin J. Sweet*
                                                                    Benjamin J. Sweet